**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIO ALBERTO RODRIGUEZ, | Case No.:12-4028 PSG |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| SANTA CLARA COUNTY MAIN JAIL, | |
| Defendant. | |

On October 16, 2012, Plaintiff Mario Alberto Rodriguez ("Plaintiff") failed to appear at a case management conference hearing or to file a case management statement.

IT IS HEREBY ORDERED that no later than November 16, 2012, Plaintiff shall file a declaration showing cause, if any, why this case should not be dismissed for failure to prosecute.[1]

Dated: October 16, 2012

PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Fed. R. Civ. P. 41(b).

ORDER, *page 1*