UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIO ALBERTO RODRIGUEZ,<br><br>            Plaintiff,<br><br>      v.<br><br>SANTA CLARA COUNTY MAIN JAIL,<br><br>            Defendant. | Case No.:12-4028 PSG<br><br>**ORDER TO SHOW CAUSE** |

    Defendant Santa Clara County Main Jail has been served and has not yet filed an answer or response to the complaint filed by Plaintiff Mario Alberto Rodriguez ("Plaintiff"). Plaintiff, however, has not requested entry of default. The court already has ordered Plaintiff to show cause why his case should not be dismissed for failure to prosecute after he failed to appear at a case management conference hearing or to file a case management statement.[1]

    IT IS HEREBY ORDERED that no later than May 31, 2013, Plaintiff shall file a declaration showing cause, if any, why this case should not be dismissed for failure to prosecute.[2]

Dated: May 17, 2013

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1]     *See* Docket No. 7.

[2]     *See* Fed. R. Civ. P. 41(b).

ORDER, *page 1*